■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLARD BAILEY, Appellant. (Appeal No. 1.) [10 NYS3d 470]— Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered July 9, 2012. The judgment convicted defendant, upon a jury verdict, of criminal sexual act in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Bailey* ([appeal No. 2] 129 AD3d 1493 [2015]). Present—Scudder, P.J., Smith, Carni, Lindley and DeJoseph, JJ.